**U.S. District Court**
**District of Maryland (Greenbelt)**
**CIVIL DOCKET FOR CASE #: 8:20−cv−00078−PX**

| | |
|---|---|
| National Labor Relations Board Professional Association v. Federal Service Impasses Panel et al | Date Filed: 01/10/2020 |
| Assigned to: Judge Paula Xinis | Jury Demand: None |
| Cause: 5:7101 Labor−Management Relations (Findings and Purpose) | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**National Labor Relations Board Professional Association**   represented by   **Robert Edward Paul**
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Ave NW
Suite 1000
Washington, DC 20036
12028575000
Fax: 12023275499
Email: rpaul@robertepaul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Service Impasses Panel**   represented by   **Noah Barnett Peters**
Federal Labor Relations Authority
1400 K Street N.W.
Washington, DC 20424
(202) 218−7908
Fax: (202) 218−7986
Email: npeters@flra.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca J Osborne**
1400 K St. NW
Washington, DC 20424
2022187986
Fax: 2023431007
Email: rosborne@flra.gov
*ATTORNEY TO BE NOTICED*

**Sarah C Blackadar**
Federal Labor Relations Authority
1400 K St. NW
Washington, DC 20424
2022187906
Fax: 2023431007
Email: sblackadar@flra.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Federal Labor Relations Authority** | represented by | **Noah Barnett Peters** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Rebecca J Osborne** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Sarah C Blackadar** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Labor Relations Board** | represented by | **Kyla M Snow** <br> US Department of Justice <br> 1100 L St. NW <br> Washington, DC 20005 <br> 2025143259 <br> Fax: 2026168460 <br> Email: kyla.snow@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0416–8447435.), filed by National Labor Relations Board Professional Association. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Complaint Exh 1, # 3 Exhibit Complaint Exh 2, # 4 Exhibit Complaint Exh 3, # 5 Exhibit Complaint Exh 4, # 6 Exhibit Complaint Exh 5, # 7 Exhibit Complaint Exh 6, # 8 Exhibit Complaint Exh 7, # 9 Exhibit Complaint Exh 8, # 10 Exhibit Complaint Exh 9, # 11 Exhibit Complaint Exh 10, # 12 Exhibit Complaint Exh 11, # 13 Exhibit Complaint Exh 12, # 14 Summons Summons – AG, # 15 Summons Summons – Civil Intake Clerk, # 16 Summons Summons – FLRA, # 17 Summons Summons – FSIP, # 18 Summons Summons – NLRB)(Paul, Robert) (Entered: 01/10/2020) |
| 01/10/2020 | Ï 2 | Local Rule 103.3 Disclosure Statement by National Labor Relations Board Professional Association (Paul, Robert) (Entered: 01/10/2020) |
| 01/13/2020 | Ï 3 | Summons Issued 60 days as to Federal Labor Relations Authority, Federal Service Impasses Panel, National Labor Relations Board, U.S. Attorney and U.S. Attorney General(dg3s, Deputy Clerk) (Entered: 01/13/2020) |
| 01/15/2020 | Ï 4 | MOTION for Preliminary Injunction by National Labor Relations Board Professional Association (Attachments: # 1 Memorandum in Support Plaintiff NLRBPA's Memorandum of Points and Authorities in Support of Its Motion for Preliminary Injunction)(Paul, Robert) (Entered: 01/15/2020) |
| 01/28/2020 | Ï 5 | NOTICE of Appearance by Noah Barnett Peters on behalf of Federal Labor Relations Authority, Federal Service Impasses Panel (Peters, Noah) (Entered: 01/28/2020) |
| 01/28/2020 | Ï 6 | |

| | | |
|---|---|---|
| | | Consent MOTION for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction by Federal Labor Relations Authority, Federal Service Impasses Panel, National Labor Relations Board(Peters, Noah) (Entered: 01/28/2020) |
| 01/29/2020 | 7 | PAPERLESS ORDER GRANTING 6 Motion for Extension of Time. Defendants' Response to 4 MOTION for Preliminary Injunction is due February 10, 2020. Signed by Judge Paula Xinis on 1/29/2020. (tb2s, Chambers) (Entered: 01/29/2020) |
| 01/31/2020 | 8 | Request for Hearing/Trial (Paul, Robert) (Entered: 01/31/2020) |
| 02/03/2020 | 9 | NOTICE of Appearance by Kyla M Snow on behalf of National Labor Relations Board (Snow, Kyla) (Entered: 02/03/2020) |
| 02/03/2020 | 10 | PAPERLESS NOTICE of Hearing: Motion Hearing set for March 4, 2020 at 10:00 a.m. in Courtroom 2C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, before Judge Paula Xinis. (tb2s, Chambers) (Entered: 02/03/2020) |
| 02/03/2020 | 11 | SUMMONS Returned Executed by National Labor Relations Board Professional Association. Federal Service Impasses Panel served on 1/21/2020, answer due 2/11/2020.(Paul, Robert) (Entered: 02/03/2020) |
| 02/03/2020 | 12 | SUMMONS Returned Executed by National Labor Relations Board Professional Association. National Labor Relations Board served on 1/27/2020, answer due 2/18/2020.(Paul, Robert) (Entered: 02/03/2020) |
| 02/03/2020 | 13 | SUMMONS Returned Executed by National Labor Relations Board Professional Association. Federal Labor Relations Authority served on 1/22/2020, answer due 2/12/2020.(Paul, Robert) (Entered: 02/03/2020) |
| 02/04/2020 | 14 | NOTICE of Appearance by Rebecca J Osborne on behalf of Federal Labor Relations Authority, Federal Service Impasses Panel (Osborne, Rebecca) (Entered: 02/04/2020) |
| 02/10/2020 | 15 | NOTICE of Appearance by Sarah C Blackadar on behalf of Federal Labor Relations Authority, Federal Service Impasses Panel (Blackadar, Sarah) (Entered: 02/10/2020) |
| 02/10/2020 | 16 | MOTION to Change Venue by Federal Labor Relations Authority, Federal Service Impasses Panel (Attachments: # 1 Exhibit)(Blackadar, Sarah) (Entered: 02/10/2020) |
| 02/10/2020 | 17 | RESPONSE in Opposition re 4 MOTION for Preliminary Injunction filed by Federal Labor Relations Authority, Federal Service Impasses Panel, National Labor Relations Board.(Snow, Kyla) (Entered: 02/10/2020) |
| 02/24/2020 | 18 | RESPONSE in Support re 4 MOTION for Preliminary Injunction filed by National Labor Relations Board Professional Association. (Attachments: # 1 Declaration of Paul Thomas)(Paul, Robert) (Entered: 02/24/2020) |
| 02/24/2020 | 19 | RESPONSE in Opposition re 16 MOTION to Change Venue filed by National Labor Relations Board Professional Association. (Attachments: # 1 Declaration of Karen Cook)(Paul, Robert) (Entered: 02/24/2020) |
| 02/25/2020 | 20 | LETTER ORDER removing from the Calendar the hearing scheduled for 3/4/2020 at 10:00am. Signed by Judge Paula Xinis on 2/25/2020. (dg3s, Deputy Clerk) (Entered: 02/25/2020) |
| 03/02/2020 | 21 | REPLY to Response to Motion re 16 MOTION to Change Venue filed by Federal Labor Relations Authority, Federal Service Impasses Panel. (Attachments: # 1 Declaration of Kimberly D. Moseley)(Peters, Noah) (Entered: 03/02/2020) |
| 03/24/2020 | 22 | |

| | | |
|---|---|---|
| | | Consent MOTION for Extension of Time *to File Responsive Pleading 14 Days After the Court Rules on Plaintiff's Motion for Preliminary Injunction* by Federal Labor Relations Authority, Federal Service Impasses Panel, National Labor Relations Board(Snow, Kyla) (Entered: 03/24/2020) |
| 03/25/2020 | 23 | PAPERLESS ORDER GRANTING 22 Motion for Extension of Time. Defendants' Response to 1 Complaint shall be due 14 days after the resolution of 4 Motion for Preliminary Injunction. Signed by Judge Paula Xinis on 3/25/2020. (tb2s, Chambers) (Entered: 03/25/2020) |
| 04/02/2020 | 24 | MEMORANDUM OPINION. Signed by Judge Paula Xinis on 4/2/2020. (tds, Deputy Clerk) (Entered: 04/02/2020) |
| 04/02/2020 | 25 | ORDER granting 16 Defendants' Motion to Transfer Venue; denying 4 Plaintiff's Motion for Preliminary Injunction; directing the Clerk to Transfer this Case to the United States District Court for the District of Columbia; and directing the Clerk to Close the Case. Signed by Judge Paula Xinis on 4/2/2020. (tds, Deputy Clerk) (Entered: 04/02/2020) |